1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  ANGELES ZARAGOZA, #270198
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  DAVID HAROLD LATT, JR.

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,     )  Cr.S. 13-0056-GEB
                                  )
13              Plaintiff,        )  **STIPULATION AND [PROPOSED] ORDER**
                                  )  **TO CONTINUE STATUS CONFERENCE AND**
14       v.                       )  **EXCLUDE TIME**
                                  )
15  DAVID HAROLD LATT, JR.,       )
                                  )  DATE:  May 17, 2013
16              Defendant.        )  TIME:  9:00 a.m.
                                  )  JUDGE: Hon. Garland E. Burrell
17  _____ )

18

19       IT IS HEREBY STIPULATED by and between the parties hereto through

20  their respective counsel, JARED DOLAN, Assistant United States

21  Attorney, attorney for Plaintiff, and ANGELES ZARAGOZA Assistant

22  Federal Defender attorney for Defendant, DAVID HAROLD LATT, JR., that

23  the status conference set for Friday, March 29, 2013 be continued to

24  Friday, May 17, 2013 at 9:00 a.m.

25       The reason for this continuance is to allow defense counsel

26  additional time to review discovery with the defendant, to examine

27  possible defenses and to continue investigating the facts of the case.

28       The parties stipulate that the ends of justice served by the

granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 17, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

AGREED:

DATED: March 22, 2013      JOSEPH SCHLESINGER
Acting Federal Defender

/s/ Angeles Zaragoza
ANGELES ZARAGOZA
Assistant Federal Defender
Attorney for Defendant

DATED: March 22, 2013      BENJAMIN WAGNER
United States Attorney

/s/ Angeles Zaragoza for
JARED DOLAN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

| | |
|---|---|
| 1 | The Court orders that the time from the date of the parties |
| 2 | stipulation, up to and including May 22, 2013, shall be excluded from |
| 3 | computation of time within which the trial of this case must be |
| 4 | commenced under the Speedy Trial Act, pursuant to 18 U.S.C. |
| 5 | § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is |
| 6 | further ordered that the March 29, 2013 status conference shall be |
| 7 | continued until May 17, 2013, at 9:00 a.m. |

Dated: March 25, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge