LAW OFFICES OF CHRIS COSCA
CHRIS COSCA   CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
ANTHONY SANTINO MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2: 13-CR-0056 TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | |
| ANTHONY SANTINO MORENO, | |
| Defendant. | |

### **Stipulation**

The parties, through their undersigned counsel, stipulate that the judgment and sentencing hearing currently scheduled for June 20, 2013 be continued to August 8, 2013 at 9:30 a.m. The parties require additional time to prepare and develop facts relevant to judgment and sentencing herein.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

///

////

Respectfully submitted,

Dated: June 18, 2013         /s/ Chris Cosca
                             CHRIS COSCA
                             Attorney for Defendant


Dated: June 18, 2013          /s/ Chris Cosca for
                             JARED DOLAN
                             Assistant US Attorney
                             Attorney for Plaintiff

## **ORDER**

Good cause appearing,

The judgment and sentencing hearing currently scheduled for June 20, 2013 is continued to August 8, 2013 at 9:30 a.m.

Dated: June 19, 2013

_____
Troy L. Nunley
United States District Judge

STIP AND ORDER CON'T J&S
USA v. MORENO