| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ANGELES ZARAGOZA, #270198 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | DAVID HAROLD LATT, JR. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S-13-0056-TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE** |
| | ) | **STATUS CONFERENCE AND EXCLUDE** |
| v. | ) | **TIME** |
| | ) | |
| DAVID HAROLD LATT, JR., | ) | |
| | ) | DATE: July 11, 2013 |
| Defendant. | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Hon. Troy L. Nunley |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JARED DOLAN, Assistant United States Attorney, attorney for Plaintiff, and ANGELES ZARAGOZA Assistant Federal Defender attorney for Defendant, DAVID HAROLD LATT, JR., that the status conference set for Thursday, June 20, 2013 be continued to Thursday, July 11, 2013 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to consult with the government concerning a revised

1

plea agreement.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 11, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

AGREED:

DATED: June 18, 2013                HEATHER E. WILLIAMS
                                    Federal Defender


                                    /s/ Angeles Zaragoza
                                    ANGELES ZARAGOZA
                                    Assistant Federal Defender
                                    Attorney for Defendant



DATED: June 18, 2013                BENJAMIN WAGNER
                                    United States Attorney


                                    /s/ Angeles Zaragoza for
                                    JARED DOLAN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking

into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including July 11, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the June 20, 2013 status conference shall be continued until July 11, 2013, at 9:30 a.m.

DATED:   June 19, 2013

                Troy L. Nunley
                United States District Judge