1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ANGELES ZARAGOZA, Bar #270198
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  DAVID HAROLD LATT, JR.

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,        ) CR. S-13-0056-TLN
                                    )
13              Plaintiff,          ) **STIPULATION AND ORDER TO CONTINUE**
                                    ) **STATUS CONFERENCE AND EXCLUDE**
14       v.                         ) **TIME**
                                    )
15 DAVID HAROLD LATT, JR.,          )
                                    ) DATE:  August 8, 2013
16              Defendant.          ) TIME:  9:30 a.m.
                                    ) JUDGE: Hon. Troy L. Nunley
17 _____  )

18

19       IT IS HEREBY STIPULATED by and between the parties hereto through

20 their respective counsel, JARED DOLAN, Assistant United States

21 Attorney, attorney for Plaintiff, and ANGELES ZARAGOZA Assistant

22 Federal Defender attorney for Defendant, DAVID HAROLD LATT, JR., that

23 the status conference set for Thursday, July 11, 2013 be continued to

24 Thursday, August 8, 2013 at 9:30 a.m.

25       The reason for this continuance is to allow defense counsel

26 additional time to review discovery with the defendant, to examine

27 possible defenses and to continue investigating the facts of the case.

28                                    1

1 The parties stipulate that the ends of justice served by the
2 granting of such continuance outweigh the interests of the public and
3 the defendant in a speedy trial.

4 Speedy trial time is to be excluded from the date of this order
5 through the date of the status conference set for August 8, 2013,
6 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
7 (Local Code T4).

**IT IS SO STIPULATED:**

DATED: July 9, 2013     HEATHER E. WILLIAMS
                        Federal Defender


                        /s/ Angeles Zaragoza
                        ANGELES ZARAGOZA
                        Assistant Federal Defender
                        Attorney for Defendant


DATED: July 9, 2013     BENJAMIN WAGNER
                        United States Attorney


                        /s/ Angeles Zaragoza for
                        JARED DOLAN
                        Assistant U.S. Attorney
                        Attorney for Plaintiff


**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance

outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including August 8, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the July 11, 2013 status conference shall be continued until August 8, 2013 at 9:30 a.m.

DATED: July 10, 2013

_____
Troy L. Nunley
United States District Judge