LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
ANTHONY SANTINO MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY SANTINO MORENO,<br><br>Defendant. | 2: 13-CR-0056 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

## **Stipulation**

The parties, through their undersigned counsel, stipulate that the judgment and sentencing hearing currently scheduled for August 8, 2013 be continued to August 29, 2013 at 9:30 a.m. The parties require additional time to prepare and develop facts relevant to judgment and sentencing herein.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

///

////

Respectfully submitted,

Dated: August 6, 2013        /s/ Chris Cosca
                             CHRIS COSCA
                             Attorney for Defendant


Dated: August 6, 2013         /s/ Chris Cosca for
                             JARED DOLAN
                             Assistant US Attorney
                             Attorney for Plaintiff

## **ORDER**

Good cause appearing,

The judgment and sentencing hearing currently scheduled for August 8, 2013 is continued to August 29, 2013 at 9:30 a.m.

Dated: August 6, 2013

_____
Troy L. Nunley
United States District Judge